Ryan Lee (SBN: 024846)
Krohn & Moss, Ltd.
10474 Santa Monica Blvd., 4th Floor
Los Angeles, CA 90025
Tel: 323-988-2400 x241
Fax: 866-583-3695
rlee@consumerlawcenter.com

Attorneys for Plaintiff, MICHAEL SALAS,

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| MICHAEL SALAS, ) | **Case No.:** |
| Plaintiff, ) | **COMPLAINT AND DEMAND FOR JURY TRIAL** |
| v. ) | |
| COLLECTION COMPANY OF AMERICA, INC., ) | **(Unlawful Debt Collection Practices)** |
| Defendant. ) | |

## PLAINTIFF'S COMPLAINT

MICHAEL SALAS (Plaintiff), through his attorneys, KROHN & MOSS, LTD., alleges the following against COLLECTION COMPANY OF AMERICA, INC. (Defendant):

### INTRODUCTION

1. Count I of Plaintiff's Complaint is based on the Fair Debt Collection Practices Act, *15 U.S.C. 1692 et seq.* (FDCPA).

/ / /

/ / /

## JURISDICTION AND VENUE

2. Jurisdiction of this court arises pursuant to *15 U.S.C. 1692k(d)*, which states that such actions may be brought and heard before "any appropriate United States district court without regard to the amount in controversy."

3. Defendant conducts business in the state of Arizona, and therefore, personal jurisdiction is established.

*4.* Venue is proper pursuant to *28 U.S.C. 1391(b)(2)*.

5. Declaratory relief is available pursuant to *28 U.S.C. 2201 and 2202*.

## PARTIES

6. Plaintiff is a natural person residing in Yuma, Yuma County, State of Arizona.

7. Plaintiff is a consumer as that term is defined by *15 U.S.C. 1692a(3)*, and according to Defendant, Plaintiff allegedly owes a debt as that term is defined by *15 U.S.C. 1692a(5)*.

8. Defendant is a debt collector as that term is defined by *15 U.S.C. 1692a(6)*, and sought to collect a consumer debt from Plaintiff.

9. Defendant is a collection agency and that maintains an office in Norwell, Plymouth County, Massachusetts.

10. Defendant acted through its agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogees, representatives, and insurers.

## FACTUAL ALLEGATIONS

11. Defendant constantly and continuously places collection calls to Plaintiff seeking and demanding payment for an alleged debt.

12. Defendant repeatedly placed collection calls to Plaintiff at his place of employment despite being informed by Plaintiff that he cannot receive personal calls at work.

13. Defendant spoke to Plaintiff's co-worker and disclosed that Plaintiff owes a debt.

COMPLAINT AND DEMAND FOR JURY TRIAL

# COUNT I
## DEFENDANT VIOLATED THE FAIR DEBT COLLECTION PRACTICES ACT

14. Defendant violated the FDCPA based on the following:

    a. Defendant violated *§1692c(a)(3)* of the FDCPA by communicating with Plaintiff in connection with the collection of a debt at his place of employment when the Defendant knew that Plaintiff's employer prohibited him from receiving such communication.

    b. Defendant violated *§1692b(2)* of the FDCPA by communicating with Plaintiff's co-worker and stating that Plaintiff owes a debt

    c. Defendant violated *§1692c(b)* of the FDCPA by communicating with Plaintiff's co-worker in connection with the collection of a debt.

    d. Defendant violated *§1692d(5)* of the FDCPA by causing a telephone to ring repeatedly or continuously with the intent to annoy, abuse or harass the Plaintiff.

    e. Defendant violated *§1692e(10)* of the FDCPA by using false and deceptive means in the attempt to collect because Defendant spoke to Plaintiff's co-worker and disclosed Plaintiff's debt.

15. As a direct and proximate result of one or more or all of the statutory violations above Plaintiff has suffered emotional distress.

16. Declaratory judgment that Defendant's conduct violated the Fair Debt Collection Practices Act,

17. Statutory damages pursuant to the Fair Debt Collection Practices Act, *15 U.S.C. 1692k*,

18. Actual damages,

19. Costs and reasonable attorneys' fees pursuant to the Fair Debt Collection Practices Act, *15 U.S.C. 1692k*

20. Any other relief that this Honorable Court deems appropriate.

COMPLAINT AND DEMAND FOR JURY TRIAL

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

**DEMAND FOR JURY TRIAL**

Plaintiff, MICHAEL SALAS, demands a jury trial in this cause of action.

RESPECTFULLY SUBMITTED,

DATED:  September 24, 2009       KROHN & MOSS, LTD.


By:   /s/ Ryan Lee
      Ryan Lee
      Attorney for Plaintiff

## VERIFICATION OF COMPLAINT AND CERTIFICATION

STATE OF NEVADA

Plaintiff, MICHAEL SALAS, states as follows:

1. I am the Plaintiff in this civil proceeding.
2. I have read the above-entitled civil Complaint prepared by my attorneys and I believe that all of the facts contained in it are true, to the best of my knowledge, information and belief formed after reasonable inquiry.
3. I believe that this civil Complaint is well grounded in fact and warranted by existing law or by a good faith argument for the extension, modification or reversal of existing law.
4. I believe that this civil Complaint is not interposed for any improper purpose, such as to harass any Defendant(s), cause unnecessary delay to any Defendant(s), or create a needless increase in the cost of litigation to any Defendant(s), named in the Complaint.
5. I have filed this Complaint in good faith and solely for the purposes set forth in it.
6. Each and every exhibit I have provided to my attorneys which has been attached to this Complaint is a true and correct copy of the original.
7. Except for clearly indicated redactions made by my attorneys where appropriate, I have not altered, changed, modified or fabricated these exhibits, except that some of the attached exhibits may contain some of my own handwritten notations.

Pursuant to 28 U.S.C. § 1746(2), I, MICHAEL SALAS, hereby declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

DATE: 9/6/09                        _____
                                     MICHAEL SALAS