Ryan Lee (SBN: 024846)
Krohn & Moss, Ltd.
10474 Santa Monica Blvd., 4th Floor
Los Angeles, CA 90025
Tel: 323-988-2400 x241
Fax: 866-583-3695
rlee@consumerlawcenter.com

Attorneys for Plaintiff, MICHAEL SALAS,

**IN THE UNITED STATES DISTRICT COURT,
DISTRICT OF ARIZONA**

| | |
|---|---|
| MICHAEL SALAS,                )<br>                                            )<br>           Plaintiff,                  )<br>                                            )<br>     v.                                     )<br>                                            )<br>COLLECTION COMPANY OF AMERICA, )<br>INC.,                                     )<br>           Defendant.               )<br>_____) | **Case No.: 2:09-cv-02005-MHM**<br><br>**NOTICE OF SETTLEMENT** |

NOW COMES the Plaintiff, MICHAEL SALAS, by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and is in the process of finalizing settlement, which Plaintiff anticipates will be finalized within the next 40 days.

Plaintiff therefore requests that this honorable court vacate all dates currently set on calendar for the present matter.

                                                Respectfully Submitted,

DATED: February 5, 2010         KROHN & MOSS, LTD.


                                                By: /s/ Ryan Lee _____

                                                     Ryan Lee
                                                     Attorney for Plaintiff